IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER UPLAND SCHOOL DISTRICT, et al. | : | CIVIL ACTION |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al. | : | NO. 12-132 |

ORDER GRANTING MOTION FOR PARTIAL
SUMMARY JUDGMENT RE: GOVERNOR CORBETT

AND NOW, this 11th day of May, 2012, for the reasons stated in the foregoing Memorandum, and specifically the representation by Secretary of Education Tomalis that he will, subject to any right of appeal, follow all Court orders, and will not claim that the Governor is a necessary party, it is hereby ORDERED that the Motion for Partial Summary Judgment (ECF No. 134) is GRANTED, dismissing Governor Corbett as a party, without prejudice to Plaintiffs to seek reinstatement if facts develop, or the law requires, that Governor Corbett is a necessary party.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\12-132 Chester v Comm\Chester v Comm Order re Partial SJ Gov Corbett.wpd