IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER UPLAND SCHOOL DISTRICT, et al. | : | CIVIL ACTION |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al. | : : | NO. 12-132 |

### ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

AND NOW, this 15th day of August, 2012, for the reasons stated in the foregoing Memorandum Re: Final Approval of Class Action Settlement, and the reasons stated on the record during today's hearing, it is hereby ORDERED that the Joint Motion for Provisional Approval of Settlement Agreement (ECF No. 243), which this Court treats as a motion for final approval of the class action settlement, is GRANTED.  The class action settlement agreement is APPROVED.

The Complaint is **DISMISSED** with prejudice, except that the Court shall retain jurisdiction for purposes of enforcement of the Settlement Agreement in accordance with its terms through June 30, 2013.

The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.